ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

APR - 1 2008

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA        )
                                )
VS.                             )        CASE NO.:  3:07-CR-235-M
                                )
PRENNIS JABAR HAWKINS           )

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

PRENNIS JABAR HAWKINS, by consent, under authority of United States v. Dees, 125

F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered

a plea of guilty to Count(s) 1 of the Indictment. After cautioning and examining PRENNIS JABAR

HAWKINS under oath concerning each of the subjects mentioned in Rule 11, I determined that the

guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an

independent basis in fact containing each of the essential elements of such offense. I therefore

recommend that the plea of guilty be accepted, and that PRENNIS JABAR HAWKINS be adjudged

guilty and have sentence imposed accordingly.

Date:  April 1, 2008

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).